UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___2/3/12___

ANTHONY PERKINS,

                     Petitioner,

       - against -

THOMAS LAVALLEY,

                     Respondent.

11 Civ. 3855 (JGK)

MEMORANDUM OPINION
AND ORDER

JOHN G. KOELTL, District Judge:

The Court has received the attached pro se petitioner's application to stay his petition for habeas corpus pursuant to Rhines v. Weber, 544 U.S. 269, 277-78 (2005), so that he may exhaust his state court claims.

The respondent should respond to this application by February 15, 2012.

SO ORDERED.

Dated:     New York, New York
           February 1, 2012

                            John G. Koeltl
                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 2/2/12



SCANNED

January 17, 2012

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Attn: Pro Se Clerk

                                Re:  Perkins v. LaValley
                                     11-Civ.-3855 (JGK)

Dear Pro Se Clerk:

     I am submitting this letter in compliance with this Court's
instructions to apprise the Court of those issues being raised in
my application in state court proceedings.

     The following claims are raised:

                                I

          MATERIAL EVDIENCE ADDUCED BY THE PEOPLE AT A
          TRIAL RESULTING IN THE JUDGMENT WAS PROCURED
          IN VIOLATION OF THE DEFENDANT'S RIGHTS
          UNDER THE CONSTITUTION OF THIS STATE OR OF
          THE UNITED STATE, WHERE

          a)  the prosecutor knowingly allowed Detective
          Nieves to testify that he was unaware of what
          Dorn Henderson was arrested for when prosecutor
          knew or should have known that this statement
          was false;

          b)  the prosecutor intentionally withheld
          exculpatory material that contradicted testimony
          of several key prosecution witnesses, which
          denied defendant of his due process right to a
          fair trial. Brady v. Maryland, 373 U.S. 83
          (1963); and

                                II

          THE JUDGMENT WAS OBTAINED IN VIOLATION OF THE
          DEFENDANT'S RIGHT TO THE EFFECTIVE ASSISTANCE
          OF COUNSEL AS GUARANTEED UNDER THE CONSTITUTION
          OF THIS STATE AND THE SIXTH AMENDMENT OF THE
          UNITED STATES CONSTITUTION, WHERE

                                1

a)  Counsel's failure to investigate the claims
of Dorn Henderson that he had received calls
from the defendant on stolen cellphones, deprived
the defendant of his due process right to a
fair trial.

The petitioner seeks a Stay and Abeyance pursuant to Rhines
v. Weber, 544 U.S. 269 (2005), so that he can amend his application
for habeas relief, pursuant to Rule 15 (b) of the Federal Rules of
Civil Procedure to include these unexhausted claims.

Therefore, I respectfully pray that this Court grant Stay and
Abeyance pending disposition of state court proceedings, and leave
to amend petition for habeas relief pursuant to Rule 15 (b) of the
Federal Rules of Civil Procedure.

Respectfully submitted,

Anthony Perkins, # 0842935
Petitioner (Pro Se)
Clinton Correctional Facility
Box 2001
Dannemora, New York 12929

To: Eric T. Schneiderman
    Attorney General
    State of New York
    120 Broadway, 12th Floor
    New York, N.Y. 10271

    c/o Priscilla Steward
    Assist. Attorney General

I, Anthony Perkins, declares under the penalty of perjury

pursuant to 42 U.S.C., Section 1746 that the foregoing is true and

correct.

Anthony Perkins, # 0842935