```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

ANTHONY PERKINS,

                Petitioner,

    - against -

THOMAS LAVALLEY,

               Respondent.

------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/3/12

11 Civ. 3855 (JGK)

MEMORANDUM OPINION
AND ORDER

JOHN G. KOELTL, District Judge:

The Court has received the attached pro se petitioner's application to stay his petition for habeas corpus pursuant to Rhines v. Weber, 544 U.S. 269, 277-78 (2005), so that he may exhaust his state court claims.

The respondent should respond to this application by February 15, 2012.

SO ORDERED.

Dated:    New York, New York
          February 1, 2012

                                      John G. Koeltl
                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 2/3/12



January 17, 2012

SCANNED

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Attn: Pro Se Clerk

                          Re:   Perkins v. LaValley
                                   11-Civ.-3855 (JGK)

Dear Pro Se Clerk:

    I am submitting this letter in compliance with this Court's instructions to apprise the Court of those issues being raised in my application in state court proceedings.

    The following claims are raised:

                            I

    MATERIAL EVDIENCE ADDUCED BY THE PEOPLE AT A
    TRIAL RESULTING IN THE JUDGMENT WAS PROCURED
    IN VIOLATION OF THE DEFENDANT'S RIGHTS
    UNDER THE CONSTITUTION OF THIS STATE OR OF
    THE UNITED STATE, WHERE

    a) the prosecutor knowingly allowed Detective
    Nieves to testify that he was unaware of what
    Dorn Henderson was arrested for when prosecutor
    knew or should have known that this statement
    was false;

    b) the prosecutor intentionally withheld
    exculpatory material that contradicted testimony
    of several key prosecution witnesses, which
    denied defendant of his due process right to a
    fair trial. Brady v. Maryland, 373 U.S. 83
    (1963); and

                            II

    THE JUDGMENT WAS OBTAINED IN VIOLATION OF THE
    DEFENDANT'S RIGHT TO THE EFFECTIVE ASSISTANCE
    OF COUNSEL AS GUARANTEED UNDER THE CONSTITUTION
    OF THIS STATE AND THE SIXTH AMENDMENT OF THE
    UNITED STATES CONSTITUTION, WHERE

      a)  Counsel's failure to investigate the claims of Dorn Henderson that he had received calls from the defendant on stolen cellphones, deprived the defendant of his due process right to a fair trial.

The petitioner seeks a Stay and Abeyance pursuant to Rhines v. Weber, 544 U.S. 269 (2005), so that he can amend his application for habeas relief, pursuant to Rule 15 (b) of the Federal Rules of Civil Procedure to include these unexhausted claims.

Therefore, I respectfully pray that this Court grant Stay and Abeyance pending disposition of state court proceedings, and leave to amend petition for habeas relief pursuant to Rule 15 (b) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Anthony Perkins, #08A2935
Petitioner (Pro Se)
Clinton Correctional Facility
Box 2001
Dannemora, New York 12929

To: Eric T. Schneiderman
    Attorney General
    State of New York
    120 Broadway, 12th Floor
    New York, N.Y. 10271

    c/o Priscilla Steward
    Assist. Attorney General

I, Anthony Perkins, declares under the penalty of perjury pursuant to 42 U.S.C., Section 1746 that the foregoing is true and correct.

Anthony Perkins, # 08A2935

2